## UNITED STATES of America, Plaintiff–Appellee,

v.

## Jose Manuel ARCINIEGA, aka Jessie Gonzalez–Rodriguez, Defendant–Appellant.

No. 08–10427.

United States Court of Appeals, Ninth Circuit.

---

* The Honorable Lyle E. Strom, Senior United States District Judge for the District of Nebraska, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Nov. 17, 2009.*

Filed Dec. 17, 2009.

Michael M. Beckwith, Assistant U.S., Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Jose Manuel Arciniega, Taft, CA, pro se.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Jose Manuel Arciniega appeals pro se from the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Arciniega contends that the district court erred when it denied his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction under Amendment 709 to U.S.S.G. § 4A1.2(c)(1)(A). Because that Amendment is not referenced by U.S.S.G. § 1B1.10(c), Arciniega is not eligible for a sentence reduction under § 3582(c)(2). *See* 18 U.S.C. § 3582(c)(2); U.S.S.G. § 1B1.10(a) (2008); *United States v. Cueto,* 9 F.3d 1438, 1440–41 (9th Cir.1993).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.